FRANK H. OSBORN, as Attorney in Fact and General Manager of, and Representing GEORGE C. WILCE et al., as Underwriters Doing Business as "LUMBER INSURANCE ASSOCIATION," Respondent, v. EUGENE F. PERRY, as Attorney in Fact and Representing C. H. CARLETON et al., as Underwriters Doing Business as the "LUMBER UNDERWRITERS AT MUTUAL LLOYDS," Appellant.

*Osborn* v. *Perry*, 149 App. Div. 917, affirmed.
(Argued January 9, 1914; decided January 27, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1912, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover on a policy of reinsurance.

*William B. Ellison* for appellant.

*Wendell P. Barker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.